■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RACHEL MIRANDA, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered February 24, 1988, convicting defendant, upon her plea of guilty, of criminal sale of a controlled substance in the fifth degree and sentencing her to an indeterminate prison term of from 2 to 4 years, unanimously affirmed.

The defendant's application for waiver of the mandatory surcharge due to indigency is premature. *(People v Velez,* 150 AD2d 514, *lv denied* 74 NY2d 748.) In any event, we find defendant's arguments concerning the constitutionality of the imposition of the surcharge to be meritless. *(See, People v Barnes,* 62 NY2d 702.) Concur—Kupferman, J. P., Sullivan, Rosenberger, Asch and Smith, JJ.

[REPUBLISH]